JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8540-GW-AFMx | Date | July 27, 2022 |
|---|---|---|---|
| Title | *Guardine Wright v. Princess Cruise Lines, Ltd., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER**

The Court has received the parties' Joint Stipulation for Dismissal with Prejudice (ECF No. 24). Based thereon and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice with the Court retaining jurisdiction to enforce the settlement of the parties, if necessary.

:

Initials of Preparer    JG